**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Florida__
                              (State)

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding      12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**

   North Pointe Holdings Ltd. - In Liquidation

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN)  _____ – _____

   ☒ Other  1904975 . Describe identifier  Company No. .

   **For individual debtors:**

   ☐ Social Security number: XXX - XX– _____

   ☐ Individual Taxpayer Identification number (ITIN): 9 XX - XX - _____

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**

   Stephen Briscoe and Michael Pearson - Joint Official Liquidators

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   Section 178(1)(d) of the Insolvency Act, 2003

5. **Nature of the foreign proceeding**

   *Check one:*

   ☒ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Verified Petition Under Chapter 15 for Recognition of Foreign Proceeding and supporting Declaration filed in support thereof.

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☒ Yes

Debtor   North Pointe Holdings Ltd. - In Liquidation                              Case number (*if known*) _____
         Name

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

British Virgin Islands

**Debtor's registered office:**

2nd Floor TICO Building
Wickhams Cay II
Number        Street

P.O. Box 4441
P.O. Box

Road Town, Tortola, VG 1110
City        State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**Individual debtor's habitual residence:**

_____
Number        Street

_____
P.O. Box

_____
City        State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

2nd Floor TICO Building
Wickhams Cay II
Number        Street

P.O. Box 4441
P.O. Box

Road Town, Tortola, VG 1110
City        State/Province/Region    ZIP/Postal Code

Cayman Islands
Country

**10. Debtor's website** (URL)       _____

**11. Type of debtor**

*Check one:*

☒ Non-individual (*check one*):

    ☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

| | |
|---|---|
| Debtor  North Pointe Holdings Ltd. - In Liquidation | Case number *(if known)* _____ |
| Name | |

**12. Why is venue proper in *this district*?**

Check one:

[X] Debtor's principal place of business or principal assets in the United States are in this district.

[ ] Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

[ ] If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____/s/ Bricoe_____    Stephen Bricoe
Signature of foreign representative        Printed name

Executed on   11/23/2018
              MM / DD / YYYY

✗ _____/s/ MP_____    Michael Pearson
Signature of foreign representative        Printed name

Executed on   11/23/2018
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Eduardo F. Rodriguez                        Date  11/26/2018
Signature of Attorney for foreign representative         MM / DD / YYYY

Eduardo F. Rodriguez
Printed name

EFR Law Firm
Firm name

1548          Brickell Avenue
Number        Street

Miami                                     FL            33129
City                                      State         ZIP Code

(305) 340-0034                            eddie@efrlawfirm.com
Contact phone                             Email address

36423                                     FL
Bar number                                State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3