IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>North Pointe Holdings (BVI) Ltd. (in Liquidation),<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-24659-AJC |

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

    Michael Pearson, in his capacity as Liquidator and Foreign Representative of North Pointe Holdings (BVI) Ltd. (in Liquidation) by and through his counsel, herby files this statement in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and states as follows:

- SBH Trust (BVI) owns 100% of the equity interests of North Pointe Holdings (BVI) Ltd.

Dated: November 28, 2018.
Miami, Florida

    EFR LAW FIRM

    /s/ Eduardo F. Rodriguez
    Eduardo F. Rodriguez (Florida Bar No. 36423)
    1548 Brickell Avenue
    Miami, Florida 33129
    (305) 340-0034 (telephone)

    ALSTON & BIRD LLP

    William S. Sugden (*pro hac vice pending*)
    Jonathan T. Edwards (*pro hac vice pending*)
    1201 West Peachtree Street
    Atlanta, Georgia 30309
    (404) 881-7000 (telephone)

    *Attorneys for the Foreign Representatives*