IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| North Pointe Holdings (BVI) Ltd. (in ) | |
| Liquidation), ) | Case No. 18-24659-AJC |
| ) | |
| Debtor in a Foreign Proceeding. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following:

- *Petition for Recognition of Foreign Proceeding* (Doc. 1)
- *Motion to Jointly Administer Cases* (Doc. 2)
- *Verified Petitions for Orders Recognizing Foreign Main Proceedings and Granting Additional Relief and Memorandum of Law in Support Thereof* (Doc. 3)
- *Notice of Hearing re: Motion to Jointly Administer Cases* (Doc. 7)
- *Notice of Hearing re: Verified Petitions for Orders Recognizing Foreign Main Proceedings and Granting Additional Relief and Memorandum of Law in Support Thereof* (Doc. 8)
- *Corporate Ownership Statement* (Doc. 9)

were served upon all interested parties on the attached service list by First Class U.S. Mail, postage prepaid, on December 1, 2018.

I FURTHER CERTIFY that a true and correct copy of the *Re-Notice of Hearing* (Doc. 17), was served upon all interested parties on the attached service list by First Class U.S. Mail Next Day Air, postage prepaid, on December 10, 2018.

I FURTHER CERTIFY that true and correct copies of the following:

- *Petition for Recognition of Foreign Proceeding* (Doc. 1)
- *Motion to Jointly Administer Cases* (Doc. 2)
- *Verified Petitions for Orders Recognizing Foreign Main Proceedings and Granting Additional Relief and Memorandum of Law in Support Thereof* (Doc. 3)
- *Corporate Ownership Statement* (Doc. 9)
- *Re-Notice of Hearing* (Doc. 17)

were served upon all interested parties on the attached service list by electronic mail on December 10, 2018.

Respectfully submitted this 12th day of December, 2018.

                                        EFR LAW FIRM

                                      /s/ Eduardo F. Rodriguez
                                      Eduardo F. Rodriguez (Florida Bar No. 36423)
                                      1548 Brickell Avenue
                                      Miami, Florida 33129
                                      (305) 340-0034 (telephone)

                                      ALSTON & BIRD LLP

                                      William S. Sugden (*pro hac vice*)
                                      Jonathan T. Edwards (*pro hac vice*)
                                      1201 West Peachtree Street
                                      Atlanta, Georgia 30309
                                      (404) 881-7000 (telephone)

                                      *Attorneys for the Foreign Representatives*

## SERVICE LIST

**United States Trustee**

51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

**Pending Litigation**

Reed Smith LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131

**Investors/Creditors via Electronic Mail**

| Name | Email |
| --- | --- |
| Pedro Pozo | 3d41pedro@gmail.com |
| Carmen Acosta | 3d41pedro@gmail.com |
| Arnoldo B. Lacayo | alacayo@sequorlaw.com |
| Alex Hernan Alarcon Sanchez | alexalarcon38@hotmail.com |
| Alejandro Mondolfi | amondolfi@gmail.com |
| Alejandro Mondolfi | amondolfi@gmail.com |
| Alvaro Muscio | amus42@gmail.com |
| Ana Milena Cobo | anamilecobo@hotmail.com |
| Angel Arias | angelbolivararias@gmail.com |
| Angel Fernandez | angelfdz1953@gmail.com |
| Ana Monge | anitam62@aol.com |
| Anali Tobi | anitobi@hotmail.com |
| Blas Daboin | blas.daboin@gmail.com |
| Carlos Bravo | bravo_car@hotmail.com; bravo_car@yahoo.com |
| Margarita Arcos Darquea | cachita42003@yahoo.es |
| Carlos Legaspy | carlos@insightamericas.net |
| Felicia Parson/Carlos Legaspy | carlos@insightamericas.net |
| Concepcion Gutierrez Cassini | cassini50@hotmail.com |
| Marcelo Novillo | ccnovillo@gmail.com |
| Cesar Arellano | cesarellano@icloud.com |
| Jorge Chacin | chacinjorgeadvisor@gmail.com |
| Gonzalo Vorbeck | chalo.vorbeck@gmail.com |

| Name | Email |
| --- | --- |
| Claudio Marrone/ REP Fernando Martinez | cmarrone@spmgroup.com.ve |
| Carlos Nájera/Laura Acuña | crnajerad@hotmail.com |
| Diego Mussio | d.mussio@hotmail.com |
| Daniel Sauthier | Daniel.Sauthier@tecpetrol.com |
| David Palacios | david.palacios.p@gmail.com |
| Darren Azman | Dazman@mwe.com; Conor.Blake@sannegroup.com; Mark.Shaw@sannegroup.com; Rose.Hasler@sannegroup.com; Adrian.Bailie@sannegroup.com; IACapital@sannegroup.com; |
| Diego Young | diego_young@hotmail.com |
| Diego Vásquez | diegovasquezdavalos@gmail.com |
| Carlos Heras Cardenas | drheras725@gmail.com |
| Diogo Rossi Ibaixe | drossi@briix.com.br |
| Edwin Acosta Felton | eacostaf@hotmail.com |
| Ezequiel Aleman | ealeman@fedus.com.uy |
| Eduardo Battistini | eduba54@gmail.com |
| Emilie Bazin | Emilie.Bazin@syzgroup.com; SyzIam2@syzgroup.com |
| Erika Elizabeth Calderon Medina | erikaecm@hotmail.com |
| Eduardo Felipe Da Silva Soares | esoares@gaveainvest.com.br |
| Evelio Guerrero Alvarado | evelioguerreroa@hotmail.com |
| Fabio Missale | fabiomissale@icloud.com |
| Nelson Fazenda | fazenda.nelson@gmail.com |
| Federico Gil | Federico.gil4@icloud.com |
| Luis Fernando Lata Sanchez | fernando_lata_sanchez_130@hotmail.com |
| Francisco Estupiñan | festupinan@int-partners.com |
| Ferdinand Porak | fporak@falconam.com |
| freddy altamirano | freddy_altamirano2@yahoo.es |
| Fernando Taboada | ftaboadag@gmail.com |
| Luis Eduardo Guzmán Ocampo | geduardo567@gmail.com |
| Galo Aguirre | gerencia1@protonmail.com |
| Silvana Landazuri | gerencia1@protonmail.com |
| Gloria Benitez | gloria-ab2008@hotmail.com |
| Greg Holland | greg.holland@gmail.com |
| Gloria Vinueza | gvinueza@zonatrade.com |
| Hugo Jose Luis Garcia Poveda | hgarcia@blifetraining.com |
| Ibrahim Reyes | ibrahimreyes3@gmail.com |
| Ibrahim Reyes | ibrahimreyesfert@gmail.com |

| Name | Email |
|---|---|
| Ignacio Ortelli | iortelli3@gmail.com |
| Isabel Ortiz Calderon | isabelaurelia@gmail.com |
| James Esparza Cisneros | james_esparza@offix-int.com |
| Javier Wright | javierwright@hotmail.com |
| Juan Carlos Calero | jcalero3007@gmail.com; jcalero@isabel.com.ec |
| Weilian Chen Lee | jlam_828@hotmail.com |
| Jose Miguel Varas | jm@varas.com |
| Juan Mendoza | jmendoza@sequorlaw.com |
| Marcelo Jorcin | jorcimar@yahoo.com |
| Jorge Villacis | jovillacis@yahoo.com |
| Juan Vieira Rey | juanvieirarey@yahoo.com |
| Jorge Wated | jwated@almacenesbuenhogar.com |
| Luisa Aray Merino | lachinaaray@yahoo.com |
| Laura Luna Gabor | lauralunagaibor@hotmail.com |
| Jose Levy | levyped@gmail.com |
| Mary Levy | levyped@yahoo.com |
| Luis Gonzalez | lgonzalez@vidalink.com.br |
| Lucha Merino | luchaperez@yahoo.com |
| Luz Elvira Pazmino Gonzalez | lucypazminog@yahoo.com.ar |
| Luis Alberto Ludeña Jiménez | luis18gnr@hotmail.com |
| Elsa Guadalupe Molina Moncayo | lupitaguz@yahoo.com |
| Franco Cordivani | maloni@cantv.net |
| Monica Marcela Guerra Cabezas | marceguerrac@gmail.com |
| Maria Fernanda Franco | mariferfranco@hotmail.com |
| Martha Touzard | martha.touzard@gmail.com |
| Martin Litwak | martin.litwak@litwak-partners.com |
| Michele Behar | mbm.behar@gmail.com; paulo.cardoso@lhm.com.br |
| Marco Calero | mcalero@tadel.com.ec |
| Mercedes Fiorito de Augspach | mfiorito@regalosvip.com; federico.augspach@gmail.com |
| Miguel Verdias | miguel.verdias.sc@gmail.com |
| Mikelee Mauchi Bravo | mikemauchi@hotmail.com |
| Gladys Margarita Ochoa Egas | mochoae@yahoo.com |
| Mauricio Quintero | mquintero@bpi-gruposantander.com |
| Martin Trott | MTrott@RHSWCaribbean.com |
| Nicholas G. Arons | narons@katskykorins.com |
| Natalia Rubio | nataliarubiouy@hotmail.com |
| Graciela Robles | negrarobles@yahoo.com |
| Patricia Sanchez | patrisan1960@gmail.com |

| Name | Email |
|---|---|
| Patty Correia | pattycorreia67@hotmail.com |
| Paul Ortega | paul_ortega@hotmail.com |
| Pablo L Perrotta | perropa123@gmail.com |
| Edison García Gualpa | proysec93@gmail.com |
| Roberto Cardoso | rcardosove@hotmail.com |
| Roberto Cardoso Somoza | rcardosove@hotmail.com; rcardosove@yahoo.com; |
| Ricardo Novoa Bejarano | rnoboab@noboabejarano.com |
| Rosa maldonado | rositavm@gmail.com |
| Sandra Ghirard | sandra@carmineristorante.com |
| Sandro Navas | sandronavas@navseguros.com |
| Servicios Juridicos | servicio.juridico@hotmail.com |
| Fabrian Yar | silfes2015@gmail.com |
| Silvana Landázuri M. | silvanalandazuri87@gmail.com |
| Sergio Mosquera | smosquera@crepesywaffles.ec |
| Sergio Pisano | spisanouy@gmail.com |
| Stroe Paul Viorel | spvstroe@gmail.com |
| Tracey Goodwin | Tracey.Goodwin@RaymondJames.com |
| Valentin Sainz | vsainz@yahoo.com |
| Ximena M Perez Martinz | xmperez@yahoo.com |
| Javier Pinto | xpintov@gmail.com |