

**ORDERED in the Southern District of Florida on January 11, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| NORTH POINTE HOLDINGS (BVI) ) | |
| LTD. (in Liquidation), *et al.,* ) | Case No. 18-24659-AJC |
| ) | |
| Debtors in a Foreign Proceeding. ) | Jointly Administered |
| ) | |

**ORDER RECOGNIZING FOREIGN MAIN PROCEEDING
AND GRANTING ADDITIONAL RELIEF**

This Court held a hearing on January 10, 2010 at 2 p.m., to consider the official forms and verified petitions, filed on November 27, 2018 (together, the "***Petitions***") [Doc. No. 3] by Michael Pearson of FFP Limited and Hadley Chilton of FFP (BVI) Limited, in their capacities as Joint Official Liquidators (the "***Cayman Islands Petitioners***") of Diversified Real Estate Development Ltd. (in Official Liquidation); GMS Global Market Step Up Note Ltd. (in Official Liquidation); Preferred Income Collateralized Interest Ltd. (in Official Liquidation); Sentinel Investment Fund SPC (in Official Liquidation); SG Strategic Income Ltd. (in Official Liquidation); Sports Aficionados Ltd. (in Official Liquidation); and Vanguardia Group Inc. (in

Official Liquidation) (the "*Cayman Islands Debtors*"), Michael Pearson of FFP Limited and Stephen Briscoe of FFP (BVI) Limited, in their capacities as Joint Liquidators (the "*British Virgin Islands Petitioners*") for Vanguardia Holdings Ltd. (in Liquidation); Spyglass Investment Management Ltd. (in Liquidation); North Pointe Holdings (BVI) Ltd. (in Liquidation); and Biscayne Capital (B.V.I.) Ltd. (in Liquidation) (the "*British Virgin Islands Debtors*"), and Michael Pearson of FFP Limited and Stephen Briscoe of FFP (BVI) Limited, in their capacity as Liquidators (the "*Bermuda Petitioners*" and together with the Cayman Islands Petitioners and British Virgin Islands Petitioners, the "*Petitioners*" or the "*Foreign Representative*") of Biscayne Capital Holdings Limited (in Creditor Voluntary Liquidation) (the "*Bermuda Debtor*" and together with the Cayman Islands Debtors and the British Virgin Islands Debtors, the "*Debtors*"). The Foreign Representatives seek an order from the Court recognizing the winding up and liquidation of each of the Debtors (each a "*Proceeding*" collectively the "*Proceedings*") as a foreign main proceeding under section 1517 of title 11 of the United States Code (the "*Bankruptcy Code*") and granting certain additional relief under section 1521 of the Bankruptcy Code. After due deliberation and sufficient cause appearing therefor, this Court makes the following findings of fact and conclusions of law:

    A.    This Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(P). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408, 1409 and 1410.

    B.    The Petitioners are "persons," as such term is defined in 11 U.S.C. § 101(41).

    C.    The Debtors are eligible to be a debtor under 11 U.S.C. § 109(a).

    D.    The Petitioners are the Debtors' "foreign representative," as such term is defined in 11 U.S.C. § 101(24).

E. This chapter 15 cases were properly commenced under 11 U.S.C. §§ 1504 and 1515.

F. The Petitioners have satisfied the requirements of 11 U.S.C. § 1515 and Fed. R. Bankr. P. 1007(a)(4).

G. Each Proceeding is a "foreign proceeding," as such term is defined in 11 U.S.C. § 101(23).

H. Each Proceeding is entitled to recognition by this Court under 11 U.S.C. § 1517(a).

I. Each Proceeding is pending in the country where each Debtor has its center of main interests and each foreign proceeding is a "foreign main proceeding," as such term is defined in 11 U.S.C. § 1502(4), and is entitled to recognition as a "foreign main proceeding" under 11 U.S.C. § 1517(b)(1).

J. The Petitioners are entitled to all the relief provided pursuant to 11 U.S.C. § 1520, without limitation.

K. The Petitioners are entitled to all relief expressly set forth in 11 U.S.C. §§ 1521(a)–(b).

L. The relief granted hereby is necessary and appropriate, in the interests of the public and international comity, consistent with the public policy of the United States, and warranted under 11 U.S.C. §§ 1517, 1520, and 1521.

Accordingly, it is hereby **ORDERED**:

1. Each Proceeding is granted recognition as a foreign main proceedings under 11 U.S.C. §§ 1517(a) and 1517(b)(l).

2. All relief afforded a foreign main proceeding under 11 U.S.C. § 1520 is granted.

3. In accordance with 11 U.S.C. § 1520(a)(1), 11 U.S.C. §§ 361 and 362 apply to the Debtors and their property that is currently within or may be brought into the territorial jurisdiction of the United States.

4. The Petitioners are authorized to file notices of these cases, the applicability of 11 U.S.C. §§ 361 and 362, and any other such notices the Petitioners deem necessary in any of the pending litigation wherein a Debtor is a party or any other proceeding.

5. The Petitioners are authorized to operate the Debtors' business and exercise the powers of a trustee to the extent provided by 11 U.S.C. § 1520(a)(3), including, for the avoidance of doubt, drawing down on the Debtors' United States bank, securities, deposit, and similar accounts and making distributions in the Proceedings.

6. In accordance with 11 U.S.C. § 1521(a), all persons and entities, other than the Petitioners and their representatives and agents, are hereby enjoined from (a) commencing or continuing an action or proceeding concerning the Debtors' assets, rights, obligations, or liabilities; (b) executing against any of the Debtors' assets; (c) taking or continuing any act to create, perfect, or enforce a lien or other security interest, setoff, or other claim against the Debtors or their property; (d) transferring, relinquishing, or disposing of any property of the Debtors to any person or entity other than the Petitioners; or (e) declaring or considering the commencement of the Proceedings or the Debtors' chapter 15 case a default under any agreement, contract, or arrangement.

7. In accordance with section 1521(4) and the Federal Rules of Bankruptcy Procedure (the "*F.R.B.P.*"), the Petitioners are authorized to conduct the examination of

witnesses (including any and all parties or person subject to examination under F.R.B.P. 2004), the taking of evidence, or the delivery of information concerning the Debtors' assets, affairs, rights, obligations, or liabilities.

8.     In accordance with 11 U.S.C. §§ 1521(a)(5) and (b), the administration, realization, and distribution of the Debtors' assets located within the territorial jurisdiction of the United States are entrusted to the Petitioners, and the Petitioners are hereby established as the exclusive representatives of the Debtors in the United States.

9.     No action taken by the Petitioners, the Debtors, or their representatives in connection with these chapter 15 cases or any adversary proceeding filed by or against the them shall be deemed to constitute a waiver of the rights or benefits afforded such persons under 11 U.S.C. §§ 306 and 1510.

10.    A copy of this order shall be served, within five business days of entry of this order, by fax, e-mail, regular mail, or overnight courier upon all of the Debtors' known creditors and investors, the Office of the United States Trustee, and such other entities as the Court may direct. Service in accordance with this Order shall constitute adequate and sufficient notice of the terms hereof.

11.    This Court shall retain jurisdiction with respect to the enforcement or interpretation of this Order and any request by any person or entity for relief from the provisions hereof.

###

Submitted by:

William S. Sugden
ALSTON & BIRD LLP
1201 West Peachtree Street, NW
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
Will.Sugden@alston.com

*Counsel to the Foreign Representatives*

William S. Sugden, Esq., shall serve a copy of this signed Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.

5

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

Sordo & Associates, P.A.
3006 Aviation Avenue, Suite 2A
Coconut Grove, Florida 33133

Reed Smith LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131

**Investors/Creditors via Electronic Mail**

| Name | Email |
| --- | --- |
| Pedro Pozo | 3d41pedro@gmail.com |
| Carmen Acosta | 3d41pedro@gmail.com |
| Arnoldo B. Lacayo | alacayo@sequorlaw.com |
| Alex Hernan Alarcon Sanchez | alexalarcon38@hotmail.com |
| Alejandro Mondolfi | amondolfi@gmail.com |
| Alejandro Mondolfi | amondolfi@gmail.com |
| Alvaro Muscio | amus42@gmail.com |
| Ana Milena Cobo | anamilecobo@hotmail.com |
| Angel Arias | angelbolivararias@gmail.com |
| Angel Fernandez | angelfdz1953@gmail.com |
| Ana Monge | anitam62@aol.com |
| Anali Tobi | anitobi@hotmail.com |
| Blas Daboin | blas.daboin@gmail.com |
| Carlos Bravo | bravo_car@hotmail.com; bravo_car@yahoo.com |
| Margarita Arcos Darquea | cachita42003@yahoo.es |
| Carlos Legaspy | carlos@insightamericas.net |
| Felicia Parson/Carlos Legaspy | carlos@insightamericas.net |
| Concepcion Gutierrez Cassini | cassini50@hotmail.com |
| Marcelo Novillo | ccnovillo@gmail.com |
| Cesar Arellano | cesarellano@icloud.com |

| Name | Email |
|---|---|
| Jorge Chacin | chacinjorgeadvisor@gmail.com |
| Gonzalo Vorbeck | chalo.vorbeck@gmail.com |
| Claudio Marrone/ REP Fernando Martinez | cmarrone@spmgroup.com.ve |
| Carlos Nájera/Laura Acuña | crnajerad@hotmail.com |
| Diego Mussio | d.mussio@hotmail.com |
| Daniel Sauthier | Daniel.Sauthier@tecpetrol.com |
| David Palacios | david.palacios.p@gmail.com |
| Darren Azman | Dazman@mwe.com; Conor.Blake@sannegroup.com; Mark.Shaw@sannegroup.com; Rose.Hasler@sannegroup.com; Adrian.Bailie@sannegroup.com; IACapital@sannegroup.com; |
| Diego Young | diego_young@hotmail.com |
| Diego Vásquez | diegovasquezdavalos@gmail.com |
| Carlos Heras Cardenas | drheras725@gmail.com |
| Diogo Rossi Ibaixe | drossi@briix.com.br |
| Edwin Acosta Felton | eacostaf@hotmail.com |
| Ezequiel Aleman | ealeman@fedus.com.uy |
| Eduardo Battistini | eduba54@gmail.com |
| Emilie Bazin | Emilie.Bazin@syzgroup.com; SyzIam2@syzgroup.com |
| Erika Elizabeth Calderon Medina | erikaecm@hotmail.com |
| Eduardo Felipe Da Silva Soares | esoares@gaveainvest.com.br |
| Evelio Guerrero Alvarado | evelioguerreroa@hotmail.com |
| Fabio Missale | fabiomissale@icloud.com |
| Nelson Fazenda | fazenda.nelson@gmail.com |
| Federico Gil | Federico.gil4@icloud.com |
| Luis Fernando Lata Sanchez | fernando_lata_sanchez_130@hotmail.com |
| Francisco Estupiñan | festupinan@int-partners.com |
| Ferdinand Porak | fporak@falconam.com |
| freddy altamirano | freddy_altamirano2@yahoo.es |
| Fernando Taboada | ftaboadag@gmail.com |
| Luis Eduardo Guzmán Ocampo | geduardo567@gmail.com |
| Galo Aguirre | gerencia1@protonmail.com |
| Silvana Landazuri | gerencia1@protonmail.com |
| Gloria Benitez | gloria-ab2008@hotmail.com |
| Greg Holland | greg.holland@gmail.com |
| Gloria Vinueza | gvinueza@zonatrade.com |
| Hugo Jose Luis Garcia Poveda | hgarcia@blifetraining.com |

| Name | Email |
|---|---|
| Ibrahim Reyes | ibrahimreyes3@gmail.com |
| Ibrahim Reyes | ibrahimreyesfert@gmail.com |
| Ignacio Ortelli | iortelli3@gmail.com |
| Isabel Ortiz Calderon | isabelaurelia@gmail.com |
| James Esparza Cisneros | james_esparza@offix-int.com |
| Javier Wright | javierwright@hotmail.com |
| Juan Carlos Calero | jcalero3007@gmail.com; jcalero@isabel.com.ec |
| Weilian Chen Lee | jlam_828@hotmail.com |
| Jose Miguel Varas | jm@varas.com |
| Juan Mendoza | jmendoza@sequorlaw.com |
| Marcelo Jorcin | jorcimar@yahoo.com |
| Jorge Villacis | jovillacis@yahoo.com |
| Juan Vieira Rey | juanvieirarey@yahoo.com |
| Jorge Wated | jwated@almacenesbuenhogar.com |
| Luisa Aray Merino | lachinaaray@yahoo.com |
| Laura Luna Gabor | lauralunagaibor@hotmail.com |
| Jose Levy | levyped@gmail.com |
| Mary Levy | levyped@yahoo.com |
| Luis Gonzalez | lgonzalez@vidalink.com.br |
| Lucha Merino | luchaperez@yahoo.com |
| Luz Elvira Pazmino Gonzalez | lucypazminog@yahoo.com.ar |
| Luis Alberto Ludeña Jiménez | luis18gnr@hotmail.com |
| Elsa Guadalupe Molina Moncayo | lupitaguz@yahoo.com |
| Franco Cordivani | maloni@cantv.net |
| Monica Marcela Guerra Cabezas | marceguerrac@gmail.com |
| Maria Fernanda Franco | mariferfranco@hotmail.com |
| Martha Touzard | martha.touzard@gmail.com |
| Martin Litwak | martin.litwak@litwak-partners.com |
| Michele Behar | mbm.behar@gmail.com; paulo.cardoso@lhm.com.br |
| Marco Calero | mcalero@tadel.com.ec |
| Mercedes Fiorito de Augspach | mfiorito@regalosvip.com; federico.augspach@gmail.com |
| Miguel Verdias | miguel.verdias.sc@gmail.com |
| Mikelee Mauchi Bravo | mikemauchi@hotmail.com |
| Gladys Margarita Ochoa Egas | mochoae@yahoo.com |
| Mauricio Quintero | mquintero@bpi-gruposantander.com |
| Martin Trott | MTrott@RHSWCaribbean.com |
| Nicholas G. Arons | narons@katskykorins.com |
| Natalia Rubio | nataliarubiouy@hotmail.com |

| Name | Email |
| --- | --- |
| Graciela Robles | negrarobles@yahoo.com |
| Patricia Sanchez | patrisan1960@gmail.com |
| Patty Correia | pattycorreia67@hotmail.com |
| Paul Ortega | paul_ortega@hotmail.com |
| Pablo L Perrotta | perropa123@gmail.com |
| Edison García Gualpa | proysec93@gmail.com |
| Roberto Cardoso | rcardosove@hotmail.com |
| Roberto Cardoso Somoza | rcardosove@hotmail.com; rcardosove@yahoo.com; |
| Ricardo Novoa Bejarano | rnoboab@noboabejarano.com |
| Rosa maldonado | rositavm@gmail.com |
| Sandra Ghirard | sandra@carmineristorante.com |
| Sandro Navas | sandronavas@navseguros.com |
| Servicios Juridicos | servicio.juridico@hotmail.com |
| Fabrian Yar | silfes2015@gmail.com |
| Silvana Landázuri M. | silvanalandazuri87@gmail.com |
| Sergio Mosquera | smosquera@crepesywaffles.ec |
| Sergio Pisano | spisanouy@gmail.com |
| Stroe Paul Viorel | spvstroe@gmail.com |
| Tracey Goodwin | Tracey.Goodwin@RaymondJames.com |
| Valentin Sainz | vsainz@yahoo.com |
| Ximena M Perez Martinz | xmperez@yahoo.com |
| Javier Pinto | xpintov@gmail.com |