

**ORDERED in the Southern District of Florida on January 11, 2019.**

*A. Jay Cristol*

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| North Pointe Holdings (BVI) Ltd. (in ) | |
| Liquidation), ) | Case No. 18-24659-AJC |
| ) | |
| Debtor in a Foreign Proceeding. ) | |

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| Biscayne Capital (B.V.I.) Ltd. (in Liquidation), ) | Case No. 18-24660-AJC |
| ) | |
| Debtor in a Foreign Proceeding. ) | |

| | |
|---|---|
| In re: ) | Chapter 15 |
| ) | |
| Vanguardia Holdings Ltd. (in Liquidation), ) | Case No. 18-24661-AJC |
| ) | |
| Debtor in a Foreign Proceeding. ) | |

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| Spyglass Investment Management Ltd. (in ) | |
| Liquidation), ) | Case No. 18-24662-AJC |
| ) | |
|     Debtor in a Foreign Proceeding. ) | |
| ) | |

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| Vanguardia Group Inc. (in ) | |
| Official Liquidation), ) | Case No. 18-24663-AJC |
| ) | |
|     Debtor in a Foreign Proceeding. ) | |
| ) | |

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| Sports Aficionados Ltd (in ) | |
| Official Liquidation), ) | Case No. 18-24664-AJC |
| ) | |
|     Debtor in a Foreign Proceeding. ) | |
| ) | |

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| SG Strategic Income Ltd (in ) | |
| Official Liquidation), ) | Case No. 18-24665-AJC |
| ) | |
|     Debtor in a Foreign Proceeding. ) | |
| ) | |

| | |
|---|---|
| In re: ) | |
| ) | Chapter 15 |
| GMS Global Market Step Up Note Ltd (in ) | |
| Official Liquidation), ) | Case No. 18-24666-AJC |
| ) | |
|     Debtor in a Foreign Proceeding. ) | |
| ) | |

| | |
|---|---|
| In re: )<br>)<br>Diversified Real Estate Development Ltd (in )<br>Official Liquidation), )<br>)<br>    Debtor in a Foreign Proceeding. )<br>) | Chapter 15<br><br>Case No. 18-24667-AJC |
| In re: )<br>)<br>Preferred Income Collateralized Interest Ltd (in )<br>Official Liquidation), )<br>)<br>    Debtor in a Foreign Proceeding. )<br>) | Chapter 15<br><br>Case No. 18-24668-AJC |
| In re: )<br>)<br>Sentinel Investment Fund SPC (in )<br>Official Liquidation), )<br>)<br>    Debtor in a Foreign Proceeding. )<br>) | Chapter 15<br><br>Case No. 18-24669-AJC |
| In re: )<br>)<br>Biscayne Capital Holdings Limited (in Creditor )<br>Voluntary Liquidation), )<br>)<br>    Debtor in a Foreign Proceeding. )<br>) | Chapter 15<br><br>Case No. 18-24670-AJC |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

This matter came before the Court for hearing on January 10, 2019 at 2 p.m., upon the

Motion for Joint Administration (the "**Joint Administration Motion**") [Doc. No. 2] of the

Foreign Representatives[1] seeking an order under Bankruptcy Rule 1015(b) and Local Rule 1015-

---

1     Capitalized terms not defined herein shall have the meaning set forth in the Joint Administration Motion.

3

1(A)(2)(b) jointly administering the above-referenced cases; and the Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the form and manner of notice of the Joint Administration Motion is good, sufficient, and appropriate under the circumstances; and the Court having found that no other or further notice is necessary; and the Court having found that the legal bases set forth in the Joint Administration Motion establish grounds for the relief granted herein; and after due deliberation, it is HEREBY ORDERED:

1. The Joint Administration Motion is granted.

2. The above-captioned Chapter 15 Cases shall hereby be jointly administered by this Court in the case of North Pointe Holdings (BVI) Ltd. (in Liquidation), Case No. 18-24659-AJC (the "Lead Case"), pursuant to Bankruptcy Rule 1015(b).

3. All pleadings and papers shall be filed in the Lead Case.

4. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the above-captioned cases.

5. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| In re:<br><br>NORTH POINTE HOLDINGS (BVI) LTD. (in Liquidation), *et al.,*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-24659-AJC<br><br>Jointly Administered |
|---|---|

6. A docket entry shall be made in the above-captioned cases substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 15 Cases of (i) Diversified Real Estate Development Ltd. (in Official Liquidation); (ii) GMS Global Market Step Up Note Ltd. (in Official Liquidation); (iii) Preferred Income Collateralized Interest Ltd. (in Official Liquidation); (iv) Sentinel Investment Fund SPC (in Official Liquidation); (v) SG Strategic Income Ltd. (in Official Liquidation); (vi) Sports Aficionados Ltd. (in Official Liquidation); (vii) Vanguardia Group Inc. (in Official Liquidation); (viii) Vanguardia Holdings Ltd. (in Liquidation); (ix) Spyglass Investment Management Ltd. (in Liquidation); (x) North Pointe Holdings (BVI) Ltd. (in Liquidation); (xi) Biscayne Capital Holdings Limited (in Creditor Voluntary Liquidation); (xii) Biscayne Capital (B.V.I.) Ltd. (in Liquidation). The docket of the case of North Pointe Holdings (BVI) Ltd. (in Liquidation), Case No. 18-24659-AJC, should be consulted for all matters affecting this case.

7. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.

###

Submitted by:

William S. Sugden
ALSTON & BIRD LLP
1201 West Peachtree Street, NW
Atlanta, Georgia 30309
(404) 881-7000 (telephone)
Will.Sugden@alston.com

*Counsel to the Foreign Representatives*

William S. Sugden, Esq., shall serve a copy of this signed Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

Sordo & Associates, P.A.
3006 Aviation Avenue, Suite 2A
Coconut Grove, Florida 33133

Reed Smith LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131

**Investors/Creditors via Electronic Mail**

| Name | Email |
| --- | --- |
| Pedro Pozo | 3d41pedro@gmail.com |
| Carmen Acosta | 3d41pedro@gmail.com |
| Arnoldo B. Lacayo | alacayo@sequorlaw.com |
| Alex Hernan Alarcon Sanchez | alexalarcon38@hotmail.com |
| Alejandro Mondolfi | amondolfi@gmail.com |
| Alejandro Mondolfi | amondolfi@gmail.com |
| Alvaro Muscio | amus42@gmail.com |
| Ana Milena Cobo | anamilecobo@hotmail.com |
| Angel Arias | angelbolivararias@gmail.com |
| Angel Fernandez | angelfdz1953@gmail.com |
| Ana Monge | anitam62@aol.com |
| Anali Tobi | anitobi@hotmail.com |
| Blas Daboin | blas.daboin@gmail.com |
| Carlos Bravo | bravo_car@hotmail.com; bravo_car@yahoo.com |
| Margarita Arcos Darquea | cachita42003@yahoo.es |
| Carlos Legaspy | carlos@insightamericas.net |
| Felicia Parson/Carlos Legaspy | carlos@insightamericas.net |
| Concepcion Gutierrez Cassini | cassini50@hotmail.com |
| Marcelo Novillo | ccnovillo@gmail.com |
| Cesar Arellano | cesarellano@icloud.com |

| Name | Email |
|---|---|
| Jorge Chacin | chacinjorgeadvisor@gmail.com |
| Gonzalo Vorbeck | chalo.vorbeck@gmail.com |
| Claudio Marrone/ REP Fernando Martinez | cmarrone@spmgroup.com.ve |
| Carlos Nájera/Laura Acuña | crnajerad@hotmail.com |
| Diego Mussio | d.mussio@hotmail.com |
| Daniel Sauthier | Daniel.Sauthier@tecpetrol.com |
| David Palacios | david.palacios.p@gmail.com |
| Darren Azman | Dazman@mwe.com; Conor.Blake@sannegroup.com; Mark.Shaw@sannegroup.com; Rose.Hasler@sannegroup.com; Adrian.Bailie@sannegroup.com; IACapital@sannegroup.com; |
| Diego Young | diego_young@hotmail.com |
| Diego Vásquez | diegovasquezdavalos@gmail.com |
| Carlos Heras Cardenas | drheras725@gmail.com |
| Diogo Rossi Ibaixe | drossi@briix.com.br |
| Edwin Acosta Felton | eacostaf@hotmail.com |
| Ezequiel Aleman | ealeman@fedus.com.uy |
| Eduardo Battistini | eduba54@gmail.com |
| Emilie Bazin | Emilie.Bazin@syzgroup.com; SyzIam2@syzgroup.com |
| Erika Elizabeth Calderon Medina | erikaecm@hotmail.com |
| Eduardo Felipe Da Silva Soares | esoares@gaveainvest.com.br |
| Evelio Guerrero Alvarado | evelioguerreroa@hotmail.com |
| Fabio Missale | fabiomissale@icloud.com |
| Nelson Fazenda | fazenda.nelson@gmail.com |
| Federico Gil | Federico.gil4@icloud.com |
| Luis Fernando Lata Sanchez | fernando_lata_sanchez_130@hotmail.com |
| Francisco Estupiñan | festupinan@int-partners.com |
| Ferdinand Porak | fporak@falconam.com |
| freddy altamirano | freddy_altamirano2@yahoo.es |
| Fernando Taboada | ftaboadag@gmail.com |
| Luis Eduardo Guzmán Ocampo | geduardo567@gmail.com |
| Galo Aguirre | gerencia1@protonmail.com |
| Silvana Landazuri | gerencia1@protonmail.com |
| Gloria Benitez | gloria-ab2008@hotmail.com |
| Greg Holland | greg.holland@gmail.com |
| Gloria Vinueza | gvinueza@zonatrade.com |
| Hugo Jose Luis Garcia Poveda | hgarcia@blifetraining.com |

| Name | Email |
|---|---|
| Ibrahim Reyes | ibrahimreyes3@gmail.com |
| Ibrahim Reyes | ibrahimreyesfert@gmail.com |
| Ignacio Ortelli | iortelli3@gmail.com |
| Isabel Ortiz Calderon | isabelaurelia@gmail.com |
| James Esparza Cisneros | james_esparza@offix-int.com |
| Javier Wright | javierwright@hotmail.com |
| Juan Carlos Calero | jcalero3007@gmail.com; jcalero@isabel.com.ec |
| Weilian Chen Lee | jlam_828@hotmail.com |
| Jose Miguel Varas | jm@varas.com |
| Juan Mendoza | jmendoza@sequorlaw.com |
| Marcelo Jorcin | jorcimar@yahoo.com |
| Jorge Villacis | jovillacis@yahoo.com |
| Juan Vieira Rey | juanvieirarey@yahoo.com |
| Jorge Wated | jwated@almacenesbuenhogar.com |
| Luisa Aray Merino | lachinaaray@yahoo.com |
| Laura Luna Gabor | lauralunagaibor@hotmail.com |
| Jose Levy | levyped@gmail.com |
| Mary Levy | levyped@yahoo.com |
| Luis Gonzalez | lgonzalez@vidalink.com.br |
| Lucha Merino | luchaperez@yahoo.com |
| Luz Elvira Pazmino Gonzalez | lucypazminog@yahoo.com.ar |
| Luis Alberto Ludeña Jiménez | luis18gnr@hotmail.com |
| Elsa Guadalupe Molina Moncayo | lupitaguz@yahoo.com |
| Franco Cordivani | maloni@cantv.net |
| Monica Marcela Guerra Cabezas | marceguerrac@gmail.com |
| Maria Fernanda Franco | mariferfranco@hotmail.com |
| Martha Touzard | martha.touzard@gmail.com |
| Martin Litwak | martin.litwak@litwak-partners.com |
| Michele Behar | mbm.behar@gmail.com; paulo.cardoso@lhm.com.br |
| Marco Calero | mcalero@tadel.com.ec |
| Mercedes Fiorito de Augspach | mfiorito@regalosvip.com; federico.augspach@gmail.com |
| Miguel Verdias | miguel.verdias.sc@gmail.com |
| Mikelee Mauchi Bravo | mikemauchi@hotmail.com |
| Gladys Margarita Ochoa Egas | mochoae@yahoo.com |
| Mauricio Quintero | mquintero@bpi-gruposantander.com |
| Martin Trott | MTrott@RHSWCaribbean.com |
| Nicholas G. Arons | narons@katskykorins.com |
| Natalia Rubio | nataliarubiouy@hotmail.com |

| Name | Email |
|---|---|
| Graciela Robles | negrarobles@yahoo.com |
| Patricia Sanchez | patrisan1960@gmail.com |
| Patty Correia | pattycorreia67@hotmail.com |
| Paul Ortega | paul_ortega@hotmail.com |
| Pablo L Perrotta | perropa123@gmail.com |
| Edison García Gualpa | proysec93@gmail.com |
| Roberto Cardoso | rcardosove@hotmail.com |
| Roberto Cardoso Somoza | rcardosove@hotmail.com; rcardosove@yahoo.com; |
| Ricardo Novoa Bejarano | rnoboab@noboabejarano.com |
| Rosa maldonado | rositavm@gmail.com |
| Sandra Ghirard | sandra@carmineristorante.com |
| Sandro Navas | sandronavas@navseguros.com |
| Servicios Juridicos | servicio.juridico@hotmail.com |
| Fabrian Yar | silfes2015@gmail.com |
| Silvana Landázuri M. | silvanalandazuri87@gmail.com |
| Sergio Mosquera | smosquera@crepesywaffles.ec |
| Sergio Pisano | spisanouy@gmail.com |
| Stroe Paul Viorel | spvstroe@gmail.com |
| Tracey Goodwin | Tracey.Goodwin@RaymondJames.com |
| Valentin Sainz | vsainz@yahoo.com |
| Ximena M Perez Martinz | xmperez@yahoo.com |
| Javier Pinto | xpintov@gmail.com |