**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                     Case No. 18-bk-24659-AJC

North Pointe Holdings, Ltd.,           Chapter 15
      Debtor.
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Hearing, scheduling hearing for January 29, 2020 at 2:00 p.m. was furnished on January 15, 2020, via CM/ECF to:

Eduardo F. Rodriguez – eddie@efrlawfirm.com;
Office of the US Trustee—USTPRegion21.MM.ECF@usdoj.gov;
William Sugden – Will.Sugden@alston.com;
Aaron Weiss – aweiss@carltonfields.com, mramudo@carltonfields.com, zludens@carltonfields.com.

Dated: January 15, 2020

                                                  By: */s/ Angelena M. Root*
                                                       Angelena M. Root
                                                       Florida Bar No. 101751
                                                       Angelena M. Root, P.A.
                                                       1931 Cordova Road, #303
                                                       Fort Lauderdale, Florida  33316
                                                       Telephone:    (954) 986-2101
                                                       Email: amrootesq@gmail.com


                                                        By: */s/ Angelena M. Root*
                                                       Angelena M. Root